1 ASHLEY E. BAUERLE
  CSB No. 271119
2 COZEN O'CONNOR
  501 West Broadway, Suite 1610
3 San Diego, CA 92101
  Telephone: 800.782.3366
4 Facsimile: 619.234.7831
  abauerle@cozen.com
5
  Attorneys for Plaintiff
6 ALLIANZ GLOBAL RISKS U.S. INSURANCE
  COMPANY
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JARED & GRANDPA TRUCKING, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:16-CV-00687-MEJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY'S NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE AT MAY 12, 2016 INITIAL CASE MANAGEMENT CONFERENCE |

Having read the foregoing request and good cause appearing, it is hereby ordered that Plaintiff's counsel be permitted to appear telephonically for the May 12, 2016 Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: _April 18, 2016_

By: ___[signature]___
HON. MARIA-ELENA JAMES

*[Handwritten/stamped annotation:]* Counsel shall be available beginning at 10:00 am. The Court will call them in the order of the calendar call. Counsel is not excused until the Court excuses him/her. Counsel shall call the Courtroom Deputy, Rose Maher, at 415-522-4708, the day before the hearing with a direct dial phone number for the Court to call.

LEGAL\26456512\1