# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JARED & GRANDPA TRUCKING, INC.; and DOES 1 through 25, inclusive,<br><br>　　　　Defendant. | **Case No. 3:16-cv-00687-MEJ**<br><br>~~[PROPOSED]~~ **ORDER GRANTING JARED & GRANDPA TRUCKING, INC.'S REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[L.R. 16-10(a)]<br><br>TIME:　　　　10:00 a.m.<br>DATE:　　　　May 12, 2016<br>COURTROOM:　"B"<br><br>JUDGE: Hon. Maria-Elena James |

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

Defendant Jared & Grandpa Trucking, Inc.'s ("Jared") request to appear by telephone at the initial case management conference in the above-captioned action came on for consideration by the Court. The Court, having considered all documents that Jared has presented, hereby grants Jared's request and orders that its counsel may appear by telephone at the initial case management conference, in compliance with the Court's requirements for such telephone appearances.

IT IS SO ORDERED.

Dated: __April 21__, 2016   _____
Hon. Maria-Elena James
United States Magistrate Judge

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

Z:\Jared & Grandpa Trucking\Request to Appear By Telephone At CMC-proposed order.docx            [PROPOSED] ORDER